UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| OFFICE OF THE HEALTH ADVOCATE, by itself and in representation of dialysis patients insured by MCS Advantage, Inc. (MCS),<br><br>    Plaintiff,<br><br>    v.<br><br>MCS ADVANTAGE, INC; MCS HEALTH MANAGEMENT OPTIONS, INC.; FRESENIUS HEALTH PARTNERS PUERTO RICO, LLC d/b/a FRESENIUS MEDICAL CARE; ATLANTIS HEALTH CARE GROUP,<br><br>    Defendants. | CIVIL CASE NO. 12-1814 (\_\_\_)<br><br>RE: NOTICE OF REMOVAL |

**NOTICE OF APPEARANCE**

TO THE HONORABLE COURT:

COME NOW MCS Health Management Options, Inc. (**"MCS HMO"**) and MCS Advantage, Inc. (**"MCS Advantage"**) (hereinafter jointly referred to as **"MCS"**), and respectfully state and pray as follows:

1.  MCS hereby announces the appearance of Salvador J. Antonetti-Stutts as one of their counsel of record.

WHEREFORE, MCS Health Management Options, Inc. and MCS Advantage, Inc. hereby request that the Court take notice of the appearance of Salvador J. Antonetti-Stutts as one of their counsel of record.

I HEREBY CERTIFY that on this same date, I electronically filed this notice with the Clerk of Court using the Court's CM/ECF System, which will send notice of such filing to all counsel of record.

Respectfully submitted in San Juan, Puerto Rico, on this 2nd day of October, 2012.

        O'NEILL & BORGES LLC
        *Counsel for MCS Health Management Options, Inc.*
          *and MCS Advantage, Inc.*
        American International Plaza
        250 Muñoz Rivera Ave., Ste. 800
        San Juan, PR 00918-1813
        Telephone No.: 764-8181
        Facsimile No.: 753-8944
        E-mail addresses:


By:_____
   Salvador J. Antonetti Stutts
     Núm. 215002
  salvador.antonetti@oneillborges.com