UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| OFFICE OF THE HEALTH ADVOCATE, by itself and in representation of dialysis patients insured by MCS Advantage, Inc. (MCS),<br><br>    Plaintiff,<br><br>            v.<br><br>MCS ADVANTAGE, INC; MCS HEALTH MANAGEMENT OPTIONS, INC.; FRESENIUS HEALTH PARTNERS PUERTO RICO, LLC d/b/a FRESENIUS MEDICAL CARE; ATLANTIS HEALTH CARE GROUP,<br><br>    Defendants. | **CIVIL CASE NO. 12-1814 (FAB) (LEAD CASE; CONSOLIDATED WITH CIVIL NO. 12-1815)**<br><br>**RE:  NOTICE OF REMOVAL** |
| IN RE:  FRESENIUS MEDICAL CARE; ATLANTIS HEALTH CARE GROUP; MCS HEALTH MANAGEMENT OPTIONS, INC. (MCS HMO); SECRETARÍA AUXILIAR PARA REGLAMENTACIÓN Y ACREDITACIÓN DE FACILIDADES DE SALUD; ÁNGEL MARTÍNEZ – PORTAVOZ DE PACIENTES EN PROCESO DE TRANSICIÓN. | **CIVIL CASE NO. 12-1815 (FAB) (CONSOLIDATED WITH CIVIL NO. 12-1814)**<br><br>**RE: NOTICE OF REMOVAL** |

**NOTICE REGARDING CERTIFICATE OF SERVICE
OF DOCKET ENTRY NO. 43**

TO THE HONORABLE COURT:

COME NOW MCS Advantage, Inc. ("MCS Advantage") and MCS Health Management Options, Inc. ("MCS HMO") (collectively, "MCS"), through the undersigned attorneys, and respectfully request that this Honorable Court take notice of the following:

1. On Friday, January 11, 2013, MCS filed its opposition to the motion to alter or amend judgment filed by Atlantis Health Care Group.

2. I hereby certify that the opposition, which was entered as Docket Entry No. 43, was electronically filed with the Clerk of Court using the CM/ECF system, which then automatically provided notice to all counsel of record.

WHEREFORE, MCS very respectfully requests that this Honorable Court take notice of the above.

RESPECTFULLY SUMBITTED, in San Juan, Puerto Rico, on January 15, 2013.

I HEREBY CERTIFY that on this same date, I electronically filed this document with the Clerk of Court using the CM/ECF system, which will automatically notify all counsel of record.

**O'NEILL & BORGES LLC**
Attorneys for *MCS ADVANTAGE, INC. and*
*MCS HEALTH MANAGEMENT OPTIONS, INC.*
American International Plaza
250 Muñoz Rivera Avenue, Suite 800
San Juan, Puerto Rico 00918-1813
Tel. No.: (787) 764-8181
Fax: (787) 753-8944

By:  s/ Salvador J. Antonetti-Stutts
Salvador J. Antonetti-Stutts
USDC-PR No. 215002
salvador.antonetti@oneillborges.com

By:  s/ Mariacté Correa-Cestero
Mariacté Correa-Cestero
USDC-PR No. 212411
mariacte.correa@oneillborges.com

By: s/Alfredo F. Ramírez-Macdonald
Alfredo F. Ramírez-Macdonald
USDC-PR No. 205208
alfredo.ramirez@oneillborges.com

By: s/Ana Margarita Rodríguez-Rivera
Ana Margarita Rodríguez-Rivera
USDC-PR No. 227503
ana.rodriguez@oneillborges.com